Presley L. Neville, defendant in error, v. Harry P. Pearsons et al., plaintiffs in error. Gen. No. 38,074.

Opinion filed December 30, 1935.

Lloyd C. Whitman, for plaintiffs in error. Hugo J. Thal, for defendant in error.

Mr. Justice John J. Sullivan delivered the opinion of the court.

Mary Lang Cummer, appellee, v. William M. Cummer, appellant. Gen. No. 38,080.

Opinion filed December 30, 1935. Rehearing denied January 11, 1936.

Carpenter, Neltnor & Scolnik, for appellant; Charles E. Carpenter and John C. Melaniphy, of counsel. William C. Greatman and Abraham W. Brussell, for appellee; Abraham W. Brussell, of counsel.

Mr. Justice John J. Sullivan delivered the opinion of the court.

Murray Hill Apartments Building Corporation, appellant, v. Mrs. John W. Floto, also known as Dorothy Floto, appellee. Gen. No. 38,129.

Opinion filed December 30, 1935.

Harris F. Williams and L. A. Wheeler, for appellant. Landis, Landis & Landis, for appellee; Alvin Landis and Sidney T. Feinberg, of counsel.

Mr. Justice John J. Sullivan delivered the opinion of the court.

The People of the State of Illinois, defendant in error, v. Martin Tarracciano, alias Martin Terry, alias Frank Baldiano, plaintiff in error. Gen. No. 38,139.

Opinion filed December 30, 1935.

James M. Burke and George M. Crane, for plaintiff in error. Thomas J. Courtney, State's Attorney, for defendant in error; Edward E. Wilson, Henry E. Seyfarth, John T. Gallagher, and Richard H. Devine, Assistant State's Attorneys, of counsel.

Mr. Justice John J. Sullivan delivered the opinion of the court.